IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -6 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MICHAEL ALLEN BROCK,

    Plaintiff,

v.                                                    NO.: 04-2560 Ma P

CITY OF MEMPHIS, et al.,

    Defendants.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

For good cause shown, counsel shall have an additional fourteen (14) days, up to and including July 15, 2005, within which to file dispositive motions in the above cause.

IT IS SO ORDERED THIS ___5___ DAY OF ___July___ 2005.

_____
Magistrate JUDGE ~~SAMUEL H. MAYS, JR.~~
Tu M. Pham

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___7-7-05___

25

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02560 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Barclay M. Roberts
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT