IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 12 PM 4:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MICHAEL ALLEN BROCK,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MEMPHIS, et. al,<br><br>    Defendants. | No. 04-2560 MaP |

## ORDER TO SHOW CAUSE

Before the court is the July 15, 2005, motion for summary judgment by defendant City of Memphis. The record does not show that Plaintiff has responded to City of Memphis' motion, and the time for response has passed. Plaintiff is hereby ordered to show cause within eleven (11) days from the date of this order as to why Defendant's motion should not be granted.

So ordered this 9th day of September 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___9-14-05___

32

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CV-02560 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Barclay M. Roberts
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT