IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 23 PM 3:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MICHAEL ALLEN BROCK,

    Plaintiff,

VS.                                NO. 04-2560-MaP

CITY OF MEMPHIS, THE CITY OF MEMPHIS
POLICE DIVISION, MICHAEL SINNOCK,
JOSEPH CUNNINGHAM, SHANE JORDAN, and
BRYAN STALLINGS, Individually and in
their capacities as City of Memphis
Police Division Officers,

    Defendants.

---

ORDER OF DISMISSAL

---

    The plaintiff has filed a motion for voluntary non-suit in this matter as to the defendant City of Memphis. For good cause shown, plaintiff's motion is granted and this matter is DISMISSED as to the defendant CITY OF MEMPHIS.

    It is so ORDERED this 23d day of September, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-26-05

36

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02560 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Barclay M. Roberts
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Samuel Mays
US DISTRICT COURT