IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 OCT 21 AM 9:52
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MICHAEL ALLEN BROCK,

    Plaintiff,

VS.                                       NO. 04-2560-Ma

MICHAEL SINNOCK, ET AL.,

    Defendants.

ORDER AMENDING SCHEDULE AND RESETTING TRIAL

A status conference was held in this matter on October 11, 2005. Appearing on behalf of plaintiff was Walter Bailey. Appearing on behalf of defendants was Barclay Roberts. The court amends the schedule and resets the trial as follows:

1. The deadline for completing all discovery is November 21, 2005.

2. Plaintiff's response to defendants' interrogatories is due by October 18, 2005.

3. Defendants' reply to plaintiff's response to the pending motion for summary judgment is due October 21, 2005.

4. The parties shall submit a proposed joint pretrial order by 5:00 p.m. on December 28, 2005.

5. A pretrial conference will be held on January 9, 2006, at 1:30 p.m.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-21-05



6.  The jury trial is **reset** to **Tuesday, January 17, 2006, at 9:30 a.m.** and is expected to take 3 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 20th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CV-02560 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Barclay M. Roberts
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT